IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ESTUS JAMES SMITH, #K2465**                                                           **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 1:16-CV-209-HSO-JCG**

**MR. CAPTAIN EVANS, et al.**                                                         **DEFENDANTS**

## WAIVER OF THE SERVICE OF SUMMONS

TO:  Clerk of Court

    I and the parties I represent have received the Court's request to waive service of a summons in this action along with a copy of the complaint and a copy of this waiver form.

    The parties I represent agree to save the expense of serving a summons and Complaint in this case.

    I and the parties I represent understand that the parties will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but that the parties waive any objections to the absence of a summons or of service.

    I and the parties I represent understand that the parties must file and serve an answer or other motion under Rule 12 within 60 days from the date when this request was sent.

    This, 5th day of October, 2016.

                                **RODERICK EVANS, SHENEICE EVANS, SARAH JONES, ANTHONY G BEASLEY, REGINA REED and DEBBIE COOLEY, DEFENDANTS**

                                **JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

                                **BY:**  */s/ Benny M. May*

Benny M. May (MSB #100108)
Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601)359-3522
Facsimile:  (601) 359-2003
E-mail: *bemay@ago.state.ms.us*