SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP -6 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

Dear Clerk,

My name is Estus James Smith #K2465 and I'm writing you for the second time concerning my change of address so my mail will come to me, in Civil Action NO. 1:16-CV-209-HSO-JCG,

Estus James Smith, #K2465   Plaintiff
vs.
Mr. Captain Evans, et. al.   Defendants

I also would like to know the status of my case as where it stands. May God bless you and yours.

Sincerely,
Estus James Smith, K2465
Estus James Smith, K2465
EMCF
10641 Highway 80 West
Meridian, MS 39307